IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Austin, Kattie L

Printed: 10/29/08

Case Number: 08 B 01752
Judge: Wedoff, Eugene R
Filed: 1/26/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 18, 2008
Confirmed: March 27, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,252.00 |  |
| Secured: |  | 1,475.62 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 276.38 |
| Other Funds: |  | 0.00 |
| Totals: | 4,252.00 | 4,252.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Martin J O'Hearn | Administrative | 2,500.00 | 2,500.00 |
| 2. | Seaway National Bank | Secured | 28,377.80 | 1,475.62 |
| 3. | Internal Revenue Service | Priority | 11,338.50 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 48.35 | 0.00 |
| 5. | Capital One | Unsecured | 631.81 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 961.08 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 144.00 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 1,614.69 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 3,503.17 | 0.00 |
| 10. | B-Real LLC | Unsecured | 78.17 | 0.00 |
| 11. | American General Finance | Unsecured |  | No Claim Filed |
|  |  |  | $ 49,197.57 | $ 3,975.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 276.38 |
|  | $ 276.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Austin, Kattie L | Case Number: 08 B 01752 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/29/08 | Filed: 1/26/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

